IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Gerald Miller | : | |
| | : | Case No.: 22-13270-ELF |
|    Debtor(s) | : | |

# **O R D E R**

AND NOW, this __21st__ day of __December__, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Debtor is given an extension to file all required documents with the Court on or before **January 3, 2022.**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE