**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Gerald Miller | : | |
| | : | Case No.: 22-13270-ELF |
| Debtor(s) | : | |

**A M E N D E D   O R D E R**

AND NOW, this _____22nd_____ day of _____December_____, 2022, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby **ORDERED** that the Motion is **GRANTED**, and the Debtor is given an extension

to file all required documents with the Court on or before **January 3, 2023.**

_____

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE