# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | GERALD MILLER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  22-13270 ELF |

# O R D E R

**AND NOW,** this case having been commenced on **December 6, 2022**,

**AND**, the Debtor having made an initial request for an extension of time to file the schedules, statements and other required documents having been previously requested and granted,

**AND**, the Debtor's initial request having been granted by the court,

**AND**, the Debtor having failed to file the required documents within the extended period,

**AND**, the Debtor having filed a **Motion for Second Extension of Time to File Schedules, Statements and Other Required Documents** ("the Motion"),

**AND**, the Debtor having failed to set forth a factual basis in the Motion justifying the granting of a further extension of time,

It is hereby **ORDERED** that:

1. The Motion is **DENIED**.

2. **If all of the required documents are not filed on or before January 10, 2023**, **this case may be DISMISSED without further notice**.

Date:  January 6, 2023

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**