UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    GERALD MILLER,           :    Chapter
                                   :
          Debtor                   :    Bky. No. 22-13270 ELF

# O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case in this court on **December 6, 2022**;

**AND**, this case being subject to dismissal due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, the Debtor having recently filed a prior bankruptcy case in this court on **July 11, 2022**, docketed at **Bky. No. 22-11821** ("the Prior Case");

**AND**, the Prior Case also having been dismissed by the court on **August 10, 2022** due to the Debtor's failure to file required documents within the time prescribed by the rules of court;

**AND**, a third case, **Bky. No. 20-10728**, also having been filed an dismissed for failure to file required documents (filed **February 4, 2020**, dismissed **March 10, 2020**);

**AND**, the Debtor having been represented by the same attorney in all three (3) cases

**AND**, as a result of the foregoing history, it appearing that the Debtor may have filed this more recent bankruptcy case in bad faith, possibly with the aid of his attorney;

It is therefore **ORDERED** that:

1. The above bankruptcy case is **DISMISSED.**

2. The court retains jurisdiction in this case and a hearing is scheduled on **January 31, 2023, at 12:00 noon by video conference**, at which time the court will consider

    a. whether an Order should be entered **RESTRICTING the Debtor's right to file future bankruptcy cases**; and

    b. the reasonableness of the compensation received by Debtor's counsel or the propriety of other sanctions

3. Pending the conclusion of the above hearing, the Debtor is **PROHIBITED** from filing any future bankruptcy case without prior court permission.

4. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE**

-1-

**CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action. The Debtor's counsel **SHALL ATTEND** the hearing.

5  If not already filed, the Debtor's counsel **SHALL FILE** the statement required by Fed. R. Bankr. P. 2016(b) **on or before January 26, 2023** .

**Date: January 20, 2023**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

cc:    Gerald Miller
       8105 Large Street
       Philadelphia, PA 19152