**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | GERALD MILLER, | : | Chapter |
| | | : | |
| | Debtor | : | Bky. No. 22-13270 ELF |

# O R D E R

**AND NOW,** by Order dated **January 20, 2023**, the court having dismissed the above bankruptcy case;

**AND**, the court having scheduled a hearing on **January 31, 2023** to consider whether an order should be entered prohibiting the Debtor from refiling any future bankruptcy cases without prior court permission and the reasonableness of the compensation received by the Debtor's counsel;

**AND**, counsel having appeared at the hearing, but the Debtor having failed to appear at the hearing;

**AND**, for the reasons stated in court;

It is hereby **ORDERED** that:

1. The Debtor is **PROHIBITED** from filing another bankruptcy case without first filing a **MOTION** docketed in this bankruptcy case **REQUESTING LEAVE OF COURT** to file and **RECEIVING PERMISSION** from the court to file the new case.

2. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

3. The prohibition set forth in Paragraph 1 shall remain in place through and including **January 19, 2024**.

4. With respect to the Debtor's counsel's compensation, the matter will be marked "hearing held and concluded with no further action to be taken by the court."

**Date: January 20, 2023**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Gerald Miller
       8105 Large Street
       Philadelphia, PA 19152